No. 02–94. OVERTON, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. *v.* BAZZETTA ET AL., 539 U. S. 126. Motion of respondents to retax costs denied.

No. 02–857. HOUSEHOLD CREDIT SERVICES, INC., ET AL. *v.* PFENNIG. C. A. 6th Cir. [Certiorari granted, 539 U. S. 957.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–1371. MISSOURI *v.* SEIBERT. Sup. Ct. Mo. [Certiorari granted, 538 U. S. 1031.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–107. UNITED STATES *v.* LARA. C. A. 8th Cir. [Certiorari granted, 539 U. S. 987.] Motion of respondent for appointment of counsel granted. Alexander F. Reichert, Esq., of Grand Forks, N. D., is appointed to serve as counsel for respondent in this case.

No. 03–6319. HOLLIDAY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 24, 2003, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 03–6688. IN RE DOMAN;
No. 03–6762. IN RE GALLOWAY; and
No. 03–6851. IN RE BEACHUM. Petitions for writs of habeas corpus denied.

No. 03–258. IN RE MOORE, CHIEF JUSTICE, SUPREME COURT OF ALABAMA. Petition for writ of mandamus and/or prohibition denied.

No. 03–101. NORTON, SECRETARY OF THE INTERIOR, ET AL. *v.* SOUTHERN UTAH WILDERNESS ALLIANCE ET AL. C. A. 10th Cir. Certiorari granted.

No. 03–5165. THORNTON *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.